```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
BANKESB,
                                        24-cv-8268 (JGK)
                Plaintiff,
                                        ORDER
    - against -

WEBSTER BANK, N.A.,

                Defendant.
------------------------------------
```

JOHN G. KOELTL, District Judge:

The defendant may proceed with a motion to dismiss by **Friday, December 13, 2024**. The plaintiff should respond by **Friday, January 10, 2025**. The defendant may reply by **Friday, January 24, 2025**.

SO ORDERED.

Dated:   New York, New York
         November 19, 2024

                                    _____
                                    John G. Koeltl
                                    United States District Judge