UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BANKESB,

          Plaintiff,

- against -

WEBSTER BANK, N.A.,

          Defendant.

---

24-cv-8268 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendant is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss the complaint (ECF No. 15).

SO ORDERED.

Dated:    New York, New York
            February 18, 2025

                                                John G. Koeltl
                                      United States District Judge