UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BANK ESB,

                Plaintiff(s)

      -against-

WEBSTER BANK, N.A.,

                Defendant(s).
-----------------------------------------------------------X

24 civ 8268 (JGK)

## ORDER

The conference scheduled for Tuesday, February 25, 2025, at 12:30pm, is canceled.

**SO ORDERED.**

                                                        **JOHN G. KOELTL**
                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       February 19, 2025