```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

BANKESB,                                          24-cv-8268 (JGK)

              Plaintiff,                   ORDER

     - against -

WEBSTER BANK, N.A.,

              Defendant.

JOHN G. KOELTL, District Judge:

    The conference that was canceled, via order of February 19, 2025, is reinstated as a pre-motion conference on **February 25, 2025**, at **2:30 p.m.**, to address the issues raised in the defendant's letter of February 17, 2025.

    Dial in: 646-453-4442, with Conference ID 675 278 33#.

SO ORDERED.

Dated:    New York, New York
            February 20, 2025

                                                John G. Koeltl
                                      United States District Judge