```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

BANKESB,

                Plaintiff,

  - against -

WEBSTER BANK, N.A.,

                Defendant.

24-cv-8268 (JGK)

ORDER

**JOHN G. KOELTL**, District Judge:

    The defendant's request for a stay of discovery pending resolution of the defendant's motion to dismiss is **granted**. The deadlines in this Court's February 17, 2025 Scheduling Order (ECF No. 23) are **stayed** pending resolution of the motion to dismiss.

    The Clerk is respectfully requested to close ECF No. 22.

SO ORDERED.

Dated:    New York, New York
           February 25, 2025

                                    John G. Koeltl
                            **United States District Judge**