UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BANKESB,

                        Plaintiff,              24-cv-8268 (JGK)

            - against -                         ORDER

WEBSTER BANK, N.A.,

                        Defendant.

---

JOHN G. KOELTL, District Judge:

     The parties are directed to submit a revised Rule 26(f)

report by **February 24, 2026.**

SO ORDERED.

Dated:     New York, New York
           February 9, 2026

                                    _____
                                         John G. Koeltl
                                 United States District Judge