UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

BANKESB,                                          24-cv-8268 (JGK)

                           Plaintiff,

                                                  MEMORANDUM OPINION
          - against -                             AND ORDER

WEBSTER BANK, N.A.,

                           Defendant.

_____

JOHN G. KOELTL, District Judge:

     As discussed during today's telephone conference, discovery

is **stayed** until the Court resolves the defendant's pending

motion to dismiss.

SO ORDERED.

Dated:    New York, New York
          April 22, 2026

                                        _____
                                            John G. Koeltl
                                        United States District Judge