**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **BANKESB,**<br>Plaintiff,<br>*-against-*<br>**WEBSTER BANK, N.A.,**<br>Defendant. | **Civil Action No. 1:24-cv-08268-JGK**<br><br>**[PROPOSED] ORDER AMENDING CAPTION** |

**~~[PROPOSED]~~ ORDER AMENDING CAPTION**

Upon the Joint Stipulation of the parties filed herewith, and good cause having been shown, it is hereby

**ORDERED** that the caption of this action is amended as follows: The Plaintiff's name shall be changed from "BankESB" to "TruNorth Bank, formerly known as BankESB" in all future filings and proceedings; and it is further

**ORDERED** that the Clerk of Court shall update the docket to reflect the amended caption as follows:

| | |
|---|---|
| **TRUNORTH BANK, formerly known as BankESB,**<br>Plaintiff,<br>*-against-*<br>**WEBSTER BANK, N.A.,**<br>Defendant. | **Civil Action No. 1:24-cv-08268-JGK** |

and it is further

**ORDERED** that all prior filings and orders in this action shall remain in full force and effect; and it is further

**ORDERED** that this stipulation and order shall not affect any claims, defenses, counterclaims, or substantive rights of any party.

**SO ORDERED.**

Dated: New York, New York
10/2, 2026

HON. JOHN G. KOELTL
United States District Judge

13405006-1